JOHN D. MUNDING
CRUMB & MUNDING, P.S.
The Davenport Tower
111 S. Post Street, PH 2290
Spokane, WA 99201
(509) 624-6464

Attorneys for Defendant
Unifund CCR Partners, LLC.
and Kim Kenney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| EMERSON WEBB; and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIFUND CCR Partners, *et al.*<br><br>    Defendants. | **Case No. 2:09-cv-00081-LRS**<br><br>DEFENDANTS' UNFUND CCR PARTNERS' AND KIM KENNEY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) |

Pursuant to F.R.Civ.P. 12(b)(6), Defendants Unifund CCR Partners ("Unifund") and Kim Kenney ("Kenney") move this Court for an order dismissing all claims for relief asserted against them by Plaintiff Emerson Webb. As more fully set forth in the accompanying Memorandum of Points and Authorities, viewing Plaintiff's allegations

MOTION FOR DISMISSAL - 1

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

1 in the most favorable light, Plaintiff failed to state a claim upon which relief may be
2 granted. In addition, Plaintiff's state law claims are barred by the doctrine of res
3 judicata. Accordingly, Plaintiff's claims against Unifund and Kenney should be
4 dismissed in their entirety.

DATED this 2 day of June, 2009.

CRUMB & MUNDING, P.S.

JOHN D. MUNDING, WSBA #21734
Attorneys for Defendants Unifund CCR
Partners and Kim Kenney

MOTION FOR DISMISSAL - 2

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155