AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

EMERSON WEBB, and all others similarly situated,
Plaintiff,

v.

UNIFUND CCR Partners, et al.,
Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-0081-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED this action is dismissed pursuant to the Order Granting Defendant Unifund's Motion to Dismiss entered on September 21, 2009, Ct. Rec. 30.

September 21, 2009
_Date_

JAMES R. LARSEN
_Clerk_
s/ Cora Vargas
_(By) Deputy Clerk_
Cora Vargas